**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:22-CV-00300-FDW-DSC**

| | | |
|---|---|---|
| **VF CORPORATION, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **CHARLES GRAY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

THIS MATTER is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Dean Rocco and Yoora Pak]" (documents ##12 and 13) filed July 19, 2022.  For the reasons set forth therein, the Motions will be <u>granted.</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: July 19, 2022

David S. Cayer
United States Magistrate Judge